IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| LEWIS GRAY | § | |
| v. | § | CIVIL ACTION NO. 9:04cv254 |
| DIRECTOR, TDCJ-CID | § | |

FINAL JUDGMENT

The above-styled application for the writ of habeas corpus having come before the Court for consideration, and a decision having been duly rendered, it is hereby

ORDERED and ADJUDGED that no relief is granted to the Petitioner and that the above-styled application for the writ of habeas corpus is hereby DISMISSED with prejudice.

So **ORDERED** and **SIGNED** this **17** day of **August, 2005.**

_____
Ron Clark, United States District Judge